Kris Joyce D. TREAZISE, Respondent,

v.

UNITED HOSPITAL, Self–Insured/Gallagher Bassett Services, Relator,

and

Allina Home Oxygen and Medical Equipment, Intervenor.

No. A03–1900.

Supreme Court of Minnesota.

Feb. 26, 2004.

Douglas J. Brown, Brown & Carlson P.A., Minneapolis, MN, for United Hospital, Relator.

Patrick W. Kelly, Woodhill Office Park, Woodbury, MN, for Respondent.

ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed November 10, 2003, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01.

Employee is awarded $1,200 in attorney fees.

BY THE COURT:

/s/Sam Hanson
Associate Justice